UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, on behalf of himself and all others similarly situated,

                Plaintiffs,

v.

KEVIN, INC.,

                Defendant.

20-cv-10459 (JPC)

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff and Defendant jointly move for entry of the Consent Decree attached hereto as Exhibit A. The attached Consent Decree completely resolves this case, disposing of all claims and parties and all parties and counsel agree to and request entry of the attached Consent Decree.

Dated: April 19, 2021                 Respectfully submitted,

                                            **MARS KHAIMOV LAW, PLLC**

By: /s/ Mars Khaimov
      Mars Khaimov
      10826 64th Avenue, Second Floor
      Forest Hills, New York 11375

*Attorneys for Plaintiff Jose Quezada*

**HAND BALDACHIN & ASSOCIATES LLP**

By: /s/ Adam B. Michaels
      Adam B. Michaels
      1740 Broadway, 15th Floor
      New York, New York 10019

*Attorneys for Defendant Kevin, Inc.*